

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

GREGORY ALAN GAUER, §

  Appellant, §

v. §

THE STATE OF TEXAS, §

  Appellee. §

§

No. 08-15-00118-CR

Appeal from the

82nd District Court

of Falls County, Texas

(TC# 9395)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2017.

        ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating